IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | 8:15CR137 |
| Plaintiff,      ) | |
| ) | |
| vs.      ) | ORDER |
| ) | |
| JOSUE GONZALEZ-VALDES and      ) | |
| OSCAR CEBREROS-TIRADO,      ) | |
| ) | |
| Defendants.      ) | |

This matter is before the court on the motions for an extension of time by defendant Josue Gonzalez-Valdes (Filing No. 30) and by defendant Oscar Cebreros-Tirado (Filing No. 29). Both seek an extension of time in which to file pretrial motions in accordance with the progression order (Filing No. 26). Both counsel represent the defendants will file an affidavit wherein they consent to the motion and acknowledge they understand the additional time may be excludable time for the purposes of the Speedy Trial Act. Both counsel represent that government's counsel has no objection to the motions. Upon consideration, the motions will be granted.

**IT IS ORDERED:**

Defendants' motions for an extension of time (Filing Nos. 29 and 30) are granted. Gonzalez-Valdez and Cebrreros-Tirado are given until **on or before June 1, 2015,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **May 15, 2015, and June 1, 2015**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 15th day of May, 2015.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge