IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                              )<br>          Plaintiff,          )<br>                              )<br>     vs.                      )<br>                              )<br>JOSUE GONZALEZ-VALDES and     )<br>OSCAR CEBREROS-TIRADO,        )<br>                              )<br>          Defendants.         ) | 8:15CR137<br><br>ORDER |

This matter is before the court on the motion for an extension of time by defendant Josue Gonzalez-Valdes (Gonzalez-Valdes) (Filing No. 34). Gonzalez-Valdes seeks an extension of time in which to file pretrial motions in accordance with the progression order (Filing No. 26). Counsel for Gonzalez-Valdes has filed an affidavit wherein Gonzalez-Valdes consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act (Filing No. 35). Upon consideration, the motion will be granted as to both defendants.

**IT IS ORDERED:**

Defendant's motion for an extension of time (Filing No. 34) is granted. Gonzalez-Valdez and Cebrreros-Tirado are both given until **on or before June 30, 2015,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **May 28, 2015, and June 30, 2015**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 28th day of May, 2015.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge