IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSUE GONZALEZ-VALDES and OSCAR CEBREROS-TIRADO,<br><br>　　　　　　Defendants. | 8:15CR137<br><br>AMENDED REASSIGNMENT ORDER |

Due to the death of Senior District Judge Laurie Smith Camp, this case is reassigned to Chief District Judge Robert F. Rossiter, Jr. for disposition and is assigned to Magistrate Judge Michael D. Nelson for judicial supervision. This case is related to case number 8:23CR215. *See* NEGenR 1.4(a)(4).

IT IS SO ORDERED.

Dated this 23rd day of January 2024.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*[signature]*

　　　　　　　　　　　　　　　　　　　　Robert F. Rossiter, Jr.
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge